UNITED STATES of America,
Plaintiff-Appellee,

v.

Craig Phillip COLEMAN, Defendant-
Appellant.

No. 71-2779.

United States Court of Appeals,
Ninth Circuit.

Feb. 15, 1972.

Gerard J. Glass (argued), Michael H. Weiss, of Hansen, Jaffe & Weiss, San Francisco, Cal., for defendant-appellant.

John F. Cooney, Jr., Asst. U. S. Atty. (argued), James L. Browning, Jr., U. S. Atty., F. Steele Langford, Chief, Criminal Division, San Francisco, Cal., for plaintiff-appellee.

Before CHAMBERS, Circuit Judge, MADDEN,* Judge of the United States Court of Claims, and TRASK, Circuit Judge.

PER CURIAM:

The judgment of conviction in this selective service case is affirmed.

At issue is the failure to exhaust an administrative remedy: that is the taking of an appeal on the classification.

The tests of Lockhart [Lockhart v. United States, 420 F.2d 1143 (9th Cir. 1969)] require affirmance. We cannot find this case within the exception of Donato v. United States, 302 F.2d 468 (9th Cir. 1962).

* J. Warren Madden, Senior Judge of the United States Court of Claims, sitting by designation.

UNITED STATES of America,
Appellee,

v.

Bob ROBINS, Appellant.

No. 71-1197.

United States Court of Appeals,
Eighth Circuit.

Feb. 22, 1972.

Carl E. Laurent, Kansas City, Mo., for appellant.

Anthony P. Nugent, Jr., Asst. U. S. Atty., Kansas City, Mo., Bert C. Hurn, U. S. Atty., Sheryle L. Randol, Asst. U. S. Atty., for appellee.

Before BREITENSTEIN, Senior Circuit Judge,** and HEANEY and STEPHENSON, Circuit Judges.

PER CURIAM.

The appellant, Bob Robins, brings this direct appeal from a judgment of conviction entered against him, on two counts of violation of 18 U.S.C. § 473, in the District Court for the Western District of Missouri. He contends on appeal that:

1) he did not knowingly and in full awareness of his rights waive his right to trial by jury;

2) the evidence was insufficient to sustain the verdict;

3) the sentence he received constitutes cruel and unusual punishment.

We have reviewed each of these contentions and find them to be without merit. Accordingly, we affirm the judgment of the District Court pursuant to Rule 14 of this Court.

** Of the Tenth Circuit, sitting by designation.